IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AFRICAN COMMUNITIES TOGETHER, PARTNERSHIP FOR THE ADVANCEMENT OF NEW AMERICANS, ALEXANDER DOE, MOHAMED DOE, TYSON DOE, and NINA DOE, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; and UNITED STATES OF AMERICA,<br><br>*Defendants*. | **PLAINTIFFS' NOTICE OF EMERGENCY MOTION FOR ADMINISTRATIVE STAY, PRODUCTION OF THE CERTIFIED ADMINISTRATIVE RECORD, AND POSTPONEMENT OF MARCH 17, 2026, EFFECTIVE DATE OF AGENCY ACTION**<br><br><u>ORAL ARGUMENT REQUESTED</u><br><br>Civil Action No. 1:26-cv-11201<br><br>Pursuant to L. R. 5.1(c), Plaintiffs note they are requesting **emergency relief** against agency action taking effect **at 11:59pm, March 17, 2026,** and leave to proceed pseudonymously. |

PLEASE TAKE NOTICE THAT, on Wednesday, March 11, 2026, or as soon thereafter as this matter may be heard, Plaintiffs move for an administrative stay and ultimately a postponement of agency action under 5 U.S.C. § 705 of the Administrative Procedure Act ("APA").

On January 14, 2026, Defendants issued a decision, 91 Fed. Reg. 1,547 ("Termination"), effective at 11:59pm on March 17, 2026, that will terminate the Temporary Protected Status ("TPS") designation for Somalia, thereby terminating the TPS for all Somali TPS beneficiaries who are lawfully present in the United States under the TPS statute, 8 U.S.C. § 1254a, as of 11:59 p.m. on March 17, 2026. It is estimated that there are currently approximately 1,082 Somali TPS holders in the U.S. and another 1,283 Somali TPS applicants.

Once the Termination is effective, Plaintiffs and other Somali TPS holders and applicants

will be subject to the risk of myriad and grave harms, including: (1) immediate loss of immigration status and related access to federal and state benefits; (2) deportation proceedings and related confinement within the U.S.; (3) forced removal to Somalia or other countries where their lives and safety are at risk; (4) forced separation from community members and family in the U.S.; and (5) considerable emotional terror.

To prevent these irreparable harms, Plaintiffs request that the Court act no later than March 16, 2026, to postpone the effective date of the Termination until such time as the Court can resolve in a final order whether the Termination is unlawful.  Absent postponement of the effective date, Somali TPS holders and applicants, including the Doe Plaintiffs, will become subject to immigration confinement, deportation, and other adverse consequences, including the risk of fatal harms once the termination is effective as of 11:59pm on March 17, 2026.

Plaintiffs, however, are cognizant that full review of the administrative record will benefit the Court in adjudicating whether emergency postponement of agency action is appropriate under Section 705 of the APA.  Accordingly, Plaintiffs respectfully request an administrative stay so that Defendants can produce the administrative record, and the parties may submit supplemental briefing based on that record.

This Notice of Emergency Motion and Emergency Motion is based on a supporting memorandum of law, supporting declarations, and written evidence filed concurrently.  Plaintiffs ask the Court to consider the Motion together with its accompanying arguments and evidence; the other pleadings and filings in this case; any additional matter of which the Court may take judicial notice; and such further evidence or argument as may be presented before, at, or after any hearing the Court holds on the motion.  Unless otherwise specified, all citations in the memorandum of

law to "Exhibit," "Exhibits," "Ex." or "Exs." refer to exhibits attached to the accompanying Declaration of Nargis Aslami.

Dated: March 9, 2026                                  Respectfully submitted,

/s/Nargis Aslami
Nargis Aslami (BBO No. 714848)
Golnaz Fakhimi (*pro hac vice* forthcoming)
Sadaf Hasan (*pro hac vice* forthcoming)
Collin Poirot (*pro hac vice* forthcoming)
Abbey Rutherford (*pro hac vice* forthcoming)
MUSLIM ADVOCATES
1032 15th Street N.W. #362
Washington, DC 20005
(202) 897-2622
Nargis@muslimadvocates.org
Golnaz@muslimadvocates.org
Collin@muslimadvocates.org
Abbey@muslimadvocates.org

/s/Erik Crew
Erik Crew (*pro hac vice* forthcoming)
HAITIAN BRIDGE ALLIANCE
4560 Alvarado Canyon Road, Suite 1H
San Diego, CA 92120
(949) 603-7411
ECrew@haitianbridge.org

/s/Kacey Mordecai
Kacey Mordecai (*pro hac vice* forthcoming)
Mide Odunsi (*pro hac vice* forthcoming)
LEGAL DEFENSE FUND
700 14th Street N.W. Suite 600
Washington, D.C. 20005
202.682.1300
Kmordecai@naacpldf.org
Modunsi@naacpldf.org

Morenike Fajana (*pro hac vice* forthcoming)
Lauren Carbajal (*pro hac vice* forthcoming)
LEGAL DEFENSE FUND
40 Rector Street #5

                                            New York, NY 10006
                                            202.965.2200
                                            Mfajana@naacpldf.org
                                            Lcarbajal@naacpldf.org

                                            *Counsel for Plaintiffs*