IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AFRICAN COMMUNITIES TOGETHER, PARTNERSHIP FOR THE ADVANCEMENT OF NEW AMERICANS, ALEXANDER DOE, MOHAMED DOE, TYSON DOE, and NINA DOE, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; and UNITED STATES OF AMERICA,<br><br>*Defendants*. | Civil Action No. 1:26-cv-11201 |

**DECLARATION OF KACEY MORDECAI REGARDING SERVICE OF COMPLAINT AND SUMMONS ON ALL DEFENDANTS**

I, Kacey Mordecai, declare as follows:

1. I am over the age of eighteen and competent to make this declaration. I am an attorney with the NAACP Legal Defense and Educational Fund, Inc. and counsel for Plaintiffs in the above-captioned matter. I make this declaration based on personal knowledge about which I am competent to testify.

2. **Exhibit 1** is a true and correct copy of the affidavit of service for Secretary of the Department of Homeland Security, Kristi Noem, dated March 16, 2026.

3. **Exhibit 2** is a true and correct copy of the affidavit of service for U.S. Citizenship and Immigration Services (USCIS), dated March 16, 2026.

4. **Exhibit 3** is a true and correct copy of the affidavit of service for U.S. Department of Homeland Security, dated March 16, 2026.

5. **Exhibit 4** is a true and correct copy of the affidavit of service for the United States of America, dated March 16, 2026.

6. **Exhibit 5** is a true and correct copy of the affidavit of service for the Attorney General of the United States, dated March 16, 2026.

7. **Exhibit 6** is a true and correct copy of the affidavit of service for United States Attorney's Office for the District of Massachusetts, dated March 16, 2026.

8. Domestic return receipts have been requested for each recipient, and subsequent affidavits will be filed once they are received.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on March 16, 2026, in Washington, D.C.

/s/ Kacey Mordecai
Kacey Mordecai
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
