IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AFRICAN COMMUNITIES TOGETHER, PARTNERSHIP FOR THE ADVANCEMENT OF NEW AMERICANS, ALEXANDER DOE, MOHAMED DOE, TYSON DOE, and NINA DOE, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; and UNITED STATES OF AMERICA,<br><br>*Defendants*. | Civil Action No. 1:26-cv-11201-ADB |

## JOINT PROPOSED SCHEDULE

Pursuant to this Court's Order (Doc. No. 33) requesting the Parties establish a schedule for briefing and production of the administrative record, the Parties have conferred and jointly propose the following schedule:

1. Defendants will produce and file the Certified Administrative Record by Wednesday, April 1, 2026;

2. Plaintiffs will file a supplemental brief in support of their pending Motion for Postponement by Friday, April 10, 2026;

3. Defendants' opposition to Plaintiffs' Motion for Postponement will be due by Friday, April 17, 2026;

4. Plaintiffs' reply in support of their Motion for Postponement will be due by Friday,

April 24, 2026;

5. The parties are available for a hearing on Plaintiffs' Motion for Postponement the week of May 4-8, 2026, or at the Court's earliest convenience.

Dated: March 18, 2026                Respectfully submitted,

*/s/Nargis Aslami*
Nargis Aslami (BBO No. 714848)
Golnaz Fakhimi (*pro hac vice*)
Sadaf Hasan (*pro hac vice*)
Collin Poirot (*pro hac vice*)
Abbey Rutherford (*pro hac vice*)
MUSLIM ADVOCATES
1032 15th Street N.W. #362
Washington, DC 20005
(202) 897-2622
Nargis@muslimadvocates.org
Golnaz@muslimadvocates.org
Collin@muslimadvocates.org
Abbey@muslimadvocates.org

*/s/Erik Crew*
Erik Crew (*pro hac vice*)
HAITIAN BRIDGE ALLIANCE
4560 Alvarado Canyon Road, Suite 1H
San Diego, CA 92120
(949) 603-7411
ECrew@haitianbridge.org

*/s/Kacey Mordecai*
Kacey Mordecai (*pro hac vice*)
Mide Odunsi (*pro hac vice*)
LEGAL DEFENSE FUND
700 14th Street N.W. Suite 600
Washington, D.C. 20005
202.682.1300
Kmordecai@naacpldf.org
Modunsi@naacpldf.org

Morenike Fajana (*pro hac vice*)
Lauren Carbajal (*pro hac vice*)
LEGAL DEFENSE FUND

40 Rector Street #5
New York, NY 10006
202.965.2200
Mfajana@naacpldf.org
Lcarbajal@naacpldf.org

*Counsel for Plaintiffs*

/s/ Robert E. Richardson
Robert E. Richardson
Office of the U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210
617.748.3247
Robert.Richardson@usdoj.gov

*Counsel for Defendants*