UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AFRICAN COMMUNITIES TOGETHER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MARKWAYNE MULLIN, *in his official capacity as Secretary of Homeland Security*, et al.,<br><br>Defendants. | Case No. 26-cv-11201-ADB |

**RESPONSE TO COURT ORDER**

Pursuant to the Court's Order of April 29, 2026, the Defendants respectfully advise the

Court that they do *not* oppose a stay of this litigation pending a decision of the Supreme Court in

Mullin v. Doe, No. 25-1083, and Trump v. Miot, No. 25-1084.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

Dated: May 1, 2026        By:    */s/ Robert E. Richardson*
ROBERT E. RICHARDSON
Assistant United States Attorney
U.S. Attorney's Office
1 Courthouse Way, Ste. 9200
Boston, MA 02210
(617) 748-3247
robert.richardson@usdoj.gov

1

**CERTIFICATE OF SERVICE**

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Robert E. Richardson*
ROBERT E. RICHARDSON
Assistant U.S. Attorney