UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **AFRICAN COMMUNITIES** | ) | |
| **TOGETHER, et al.** | ) | |
| **Plaintiffs** | ) | |
| | ) | |
| v. | ) | Case No. 26-cv-11201-ADB |
| | ) | |
| **MARKWAYNE MULLIN,** | ) | |
| *in his official capacity as* | ) | |
| *Secretary of Homeland Security,* | ) | |
| **et al.** | ) | |
| **Defendants** | ) | |

### NOTICE OF APPEAL

Notice is hereby given that Defendants in the above-captioned case hereby appeal to the United States Court of Appeals for the First Circuit from the district court's (Burroughs, J.) order, ECF No. 78 (docketed on July 2, 2026), denying Defendants' motion to lift the administrative stay first entered on March 13, 2026, in ECF No. 33, and directing that "the administrative stay will remain in place until further notice." *See* 28 U.S.C. § 1292(a).

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By:    */s/ Robert E. Richardson*
Robert E. Richardson
Assistant U.S. Attorney

1

<u>Certificate of Service</u>

I hereby certify that on July 20, 2026, this Notice of Appeal filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Robert E. Richardson*
Robert E. Richardson
Assistant U.S. Attorney

2