**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AFRICAN COMMUNITIES TOGETHER; PARTNERSHIP FOR THE ADVANCEMENT OF NEW AMERICANS; ALEXANDER DOE; MOHAMED DOE; TYSON DOE; and NINA DOE, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of the Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; and UNITED STATES OF AMERICA,<br><br>*Defendants*. | **PLAINTIFFS' UNOPPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT**<br><br>Case No. 1:26-cv-11201-ADB |

## PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT

Plaintiffs respectfully request that this Court grant leave for Plaintiffs to file a brief in support of their motion to postpone that exceeds the 20-page limit set by Local Rule 7.1(b)(4). Specifically, Plaintiffs request leave to file a brief of up to 35 pages. In support of this motion, Plaintiffs state as follows:

1. On July 13, 2026, this Court ordered both parties to submit supplemental briefing on the impact of the Supreme Court's decision in *Mullin v. Doe*, 146 S. Ct. 2121 (2026), on this action. Dkt. No. 82.

2. As Plaintiffs indicated in the Joint Status Report, they intend to seek postponement on their existing Equal Protection claim and amend their pleadings to add claims that were not before the Supreme Court in *Mullin* and therefore remain outside the Court's holding. Dkt. No. 79.

3. Given the need to clarify the impact of *Mullin* on their existing claims and to update the motion based on these newly asserted claims, Plaintiffs respectfully request a modest extension of the 20-page limit set forth by Local Rule 7.1(b)(4) in order to fully address these arguments. Granting this modest enlargement would not prejudice Defendants; Plaintiffs have indicated they will agree to a corresponding extension of Defendants' page limit for their opposition brief.

4. Plaintiffs conferred with counsel for Defendants, who do not oppose the relief requested in this motion.

WHEREFORE, for the reasons stated herein, Plaintiffs respectfully request that the Court allow this motion and permit Plaintiffs to file a brief of up to 35 pages in length.

Dated: July 29, 2026                                          Respectfully submitted,

*/s/ Nargis Aslami*                                           */s/Kacey Mordecai*
Nargis Aslami (MA Bar Number: 714848)                        Kacey Mordecai*
Sadaf Hasan*                                                 Mide Odunsi*
Melissa Keaney*                                              NAACP LEGAL DEFENSE AND
Collin Poirot*                                               EDUCATIONAL FUND, INC.
Abbey Rutherford*                                            700 14th Street N.W. Suite 600
MUSLIM ADVOCATES                                             Washington, D.C. 20005
1032 15th Street N.W. #362,                                  202.682.1300
Washington, D.C. 20005                                       Kmordecai@naacpldf.org
202.897.2622                                                 Modunsi@naacpldf.org
Nargis@muslimadvocates.org
Sadaf@muslimadvocates.org                                    Ashley Burrell*
Melissa@muslimadvocates.org                                  Lauren Carbajal*
Collin@muslimadvocates.org                                   NAACP LEGAL DEFENSE AND
Abbey@muslimadvocates.org                                    EDUCATIONAL FUND, INC.
                                                             40 Rector Street #5
*/s/ Erik Crew*                                              New York, NY 10006
Erik Crew*                                                   202.965.2200
HAITIAN BRIDGE ALLIANCE                                      aburrell@naacpldf.org
4560 Alvarado Canyon Road, Suite 1H                          lcarbajal@naacpldf.org
San Diego, CA 92120 (949) 603-7411
ecrew@haitianbridge.org                                      *Counsel for Plaintiffs*
                                                             **Admitted pro hac vice*

3

**LOCAL RULE 7.1 CERTIFICATION**

I certify that I conferred with counsel for Defendants, who do not oppose the relief requested in this motion.

*/s/ Kacey Mordecai*
Kacey Mordecai

**CERTIFICATE OF SERVICE**

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Kacey Mordecai*
Kacey Mordecai