**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AFRICAN COMMUNITIES TOGETHER, *et al.*, <br><br>       Plaintiffs, <br><br> v. <br><br> MARKWAYNE MULLIN, in his official capacity as Secretary of the Department of Homeland Security, *et al,* <br><br>       Defendants. | Civil Action No. 26-cv-11201-ADB |

## NOTICE OF FILING PURSUANT TO COURT ORDER

Pursuant to the Court's Memorandum and Order dated July 24, 2026, ECF No. 86,

Defendants respectfully submit a copy of the Decision Memo bearing Bates numbers

SOMALIA_AR-003680 to SOMALIA_AR-003695, which copy is unredacted save for two

sentences on page 10 of the Decision Memo that are subject to the law-enforcement privilege.

                Respectfully submitted,

                LEAH B. FOLEY
                United States Attorney

By:   */s/ Robert E. Richardson*
       Robert E. Richardson
       Assistant United States Attorney
       United States Attorney's Office
       John J. Moakley U.S. Courthouse
       1 Courthouse Way, Suite 9200
       Boston, MA  02210
       (617) 748-3369
Dated: July 29, 2026       Robert.Richardson@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I, Robert E. Richardson, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: July 29, 2026

By:    /s/ Robert E. Richardson
Robert E. Richardson
Assistant U.S. Attorney