PRE-DECISIONAL/DELIBERATIVE



**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
*Office of the Director*
Camp Springs, MD 20588-0009

**U.S. Citizenship and Immigration Services**

**December 29, 2025**

**DECISION**

MEMORANDUM FOR THE SECRETARY

FROM:       Joseph B. Edlow
            Director

SUBJECT:    **Review of the Designation of Somalia for Temporary Protected Status**

---

**Recommendation:** U.S. Citizenship and Immigration Services (USCIS) is recommending termination of the designation of Somalia for Temporary Protected Status based on a review of current conditions in the country and an analysis of the statutory basis for which Somalia is currently designated. In USCIS' assessment, Somalia no longer meets the statutory criteria for its current designation because the current conflict in the country no longer poses a serious threat to the personal safety of returning Somali nationals. In addition, though certain extraordinary and temporary conditions such as humanitarian challenges remain, recent improvements in the country suggest these conditions no longer hinder the safe return of nationals to the country. In addition, USCIS has assessed that permitting Somali nationals to remain temporarily in the United States is contrary to the U.S. national interest.

**Purpose:** Somalia's designation for Temporary Protected Status will expire on March 17, 2026. At least 60 days before a Temporary Protected Status designation expires, the Secretary is required, after consultation with appropriate U.S. Government agencies, to review the conditions in the country to determine whether the conditions supporting the designation continue to be met, and, if so, the length of an extension of the designation.[1] If the Secretary determines that the country no longer meets the statutory conditions for designation, she shall terminate the designation.[2] If the Secretary does not make a timely determination about whether the country continues to meet the conditions for the Temporary Protected Status designation, the designation is automatically extended for an additional period of at least six months.[3] **A timely decision must be made by January 16, 2026.**

---

[1] *See* Immigration and Nationality Act (INA) sec. 244(b)(3)(A); 8 U.S.C. 1254a(b)(3)(A). *See generally* Attachment A: Temporary Protected Status Legal Authority.

[2] *See* INA sec. 244(b)(3)(B); 8 U.S.C. 1254a(b)(3)(B).

[3] *See* INA sec. 244(b)(3)(C); 8 U.S.C. 1254a(b)(3)(C).

PRE-DECISIONAL/DELIBERATIVE

PRE-DECISIONAL/DELIBERATIVE

**Temporary Protected Status for Somalia**
Page 2

After a review of current conditions in Somalia and an analysis of relevant national interest factors including fraud, public safety, national security, immigration integrity, and foreign policy, USCIS concluded that (a) the conditions in Somalia no longer meet the statutory criteria for experiencing ongoing armed conflict that poses a serious threat to the personal safety of returning Somali nationals, (b) that though extraordinary and temporary conditions including humanitarian challenges remain, recent improvements in these areas no longer hinder the safe return of Somali nationals to the country, and (c) that permitting Somali nationals to remain temporarily in the United States is contrary to the U.S. national interest.

Accordingly, USCIS is presenting a recommendation of termination for your consideration. As part of the review process, USCIS consulted with the U.S. Department of State (State). In State's assessment, the termination of the Temporary Protected Status for Somalia designation would not pose negative foreign policy concerns.

Temporary Protected Status, as the name itself makes clear, is inherently temporary. Temporary Protected Status designations are time-limited and, as noted above, must be periodically reviewed. Temporary Protected Status decisions are not subject to judicial review.

**Background**

**Temporary Protected Status Overview**: Somalia was initially designated for Temporary Protected Status on September 16, 1991, based on extraordinary and temporary conditions.[4] The Temporary Protected Status designation for Somalia was subsequently extended nine times, from September 17, 1992 – September 17, 1993,[5] September 18, 1993 – September 17, 1994,[6] September 18, 1994 – September 17, 1995,[7] September 18, 1995 – September 17, 1996,[8] September 18, 1996 – September 17, 1997,[9] September 18, 1997 – September 17, 1998,[10] September 18, 1998 – September 17, 1999,[11] September 18, 1999 – September 17, 2000,[12] and September 18, 2000 – September 17, 2001.[13]

In September 2001, the Temporary Protected Status designation for Somalia was extended, and Somalia was newly designated (referred to as a redesignation).[14] Thereafter, the Temporary Protected Status designation for Somalia was extended eight times, from September 17, 2002 –

---

[4] Designation of Nationals of Somalia for Temporary Protected Status, 56 FR 46804 (Sept. 16, 1991).

[5] Extension of Designation of Somalia Under Temporary Protected Status Program, 57 FR 32232 (July 21, 1992).

[6] Extension of Designation of Somalia Under Temporary Protected Status Program, 58 FR 48898 (Sept. 20, 1993).

[7] Extension of Designation of Somalia Under Temporary Protected Status Program, 59 FR 43359 (Aug. 23, 1994).

[8] Extension of Designation of Somalia; Under Temporary Protected Status Program, 60 FR 39005 (July 31, 1995).

[9] Extension of Designation of Somalia Under Temporary Protected Status Program, 61 FR 39472 (July 29, 1996).

[10] Extension of Designation of Somalia Under Temporary Protected Status Program, 62 FR 41421 (Aug. 1, 1997).

[11] Extension of Designation of Somalia Under Temporary Protected Status Program, 63 FR 50156 (Sept. 18, 1998).

[12] Extension of Designation of Somalia Under Temporary Protected Status Program, 64 FR 49511 (Sept. 13, 1999).

[13] Extension of Designation of Somalia Under Temporary Protected Status Program, 65 FR 69789 (Nov. 11, 2000).

[14] Extension and Redesignation of Somalia under Temporary Protected Status Program, 66 FR 46288 (Sept. 4, 2001).

PRE-DECISIONAL/DELIBERATIVE

SOMALIA_AR-003681

PRE-DECISIONAL/DELIBERATIVE

**Temporary Protected Status for Somalia**
Page 3

September 17, 2003,[15] September 17, 2003 – September 17, 2004,[16] September 17, 2004 – September 17, 2005,[17] September 17, 2005 – September 17, 2006,[18] September 17, 2006 – March 17, 2008,[19] March 18, 2008 – September 17, 2009,[20] September 18, 2009 – March 17, 2011,[21] and March 18, 2011 – September 17, 2012.[22]

In May 2012, the Temporary Protected Status designation for Somalia was extended, and Somalia again was newly designated.[23] Temporary Protected Status for Somalia was subsequently extended an additional five times, from March 18, 2014 – September 17, 2015,[24] September 18, 2015 – March 17, 2017,[25] March 18, 2017 – September 17, 2018,[26] September 18, 2018 – March 17, 2020,[27] and March 18, 2020 – September 17, 2021.[28]

After these extensions, the Temporary Protected Status designation for Somalia was extended and Somalia was newly designated three times, from September 18, 2021 – March 17, 2023,[29] March 18, 2023 – September 17, 2024,[30] and September 18, 2024 – March 17, 2026.[31]

To be eligible for Temporary Protected Status under Somalia's current designation, along with establishing all other eligibility requirements, aliens must have continuously resided in the United States since July 12, 2024, and have been continuously physically present in the United States since

---

[15] Extension of the Designation of Somalia Under the Temporary Protected Status Program, 67 FR 48950 (July 26, 2002).

[16] Extension of the Designation of Somalia Under Temporary Protected Status Program, 68 FR 43147 (July 21, 2003).

[17] Extension of the Designation of Temporary Protected Status for Somalia, 69 FR 47937 (Aug. 6, 2004).

[18] Extension of the Designation of Somalia for Temporary Protected Status, 70 FR 43895 (July 29, 2005).

[19] Extension of the designation of Temporary Protected Status for Somalia; Automatic Extension of Employment Authorization Documentation for Somalia TPS Beneficiaries, 71 FR 42658 (July 27, 2006).

[20] Extension of the Designation of Somalia for Temporary Protected Status; Automatic Extension of Employment Authorization Documentation for Somali Temporary Protected Status Beneficiaries, 73 FR 13245 (Mar. 12, 2008).

[21] Extension of the Designation of Somalia for Temporary Protected Status and Automatic Extension of Employment Authorization Documentation for Somalian TPS Beneficiaries, 74 FR 37043 (July 27, 2009).

[22] Extension of the Designation of Somalia for Temporary Protected Status, 75 FR 67383 (Nov. 2, 2010).

[23] Extension and Redesignation of Somalia for Temporary Protected Status, 77 FR 25723 (May 1, 2012).

[24] Extension of the Designation of Somalia for Temporary Protected Status, 78 FR 65690 (Nov. 1, 2013).

[25] Extension of the Designation of Somalia for Temporary Protected Status, 80 FR 31056 (June 1, 2015).

[26] Extension of the Designation of Somalia for Temporary Protected Status, 82 FR 4905 (Jan. 17, 2017).

[27] Extension of the Designation of Somalia for Temporary Protected Status, 83 FR 43695 (Aug. 27, 2018).

[28] Extension of the Designation of Somalia for Temporary Protected Status, 85 FR 14229 (Mar. 11, 2020).

[29] Extension and Redesignation of Somalia for Temporary Protected Status, 86 FR 38744 (July 22, 2021).

[30] Extension and Redesignation of Somalia for Temporary Protected Status, 88 FR 15434 (Mar. 13, 2023).

[31] Extension and Redesignation of Somalia for Temporary Protected Status, 89 FR 59135 (July 22, 2024).

PRE-DECISIONAL/DELIBERATIVE

SOMALIA_AR-003682

PRE-DECISIONAL/DELIBERATIVE

**Temporary Protected Status for Somalia**
Page 4

September 18, 2024.[32] There are approximately 1,082[33] current beneficiaries and approximately 1,383[34] pending applications under Somalia's Temporary Protected Status designation.[35]

**Description of Country Conditions:** Somalia's current Temporary Protected Status designation is based on the "ongoing armed conflict"[36] and "extraordinary and temporary conditions" provisions in Section 244 of the Immigration and Nationality Act.[37] USCIS' review included examining: (a) whether there is ongoing armed conflict within the state, and (b) whether due to such conflict, requiring aliens who are nationals of that state to return would pose a serious threat to their personal safety. It also included reviewing: (c) whether extraordinary and temporary conditions in Somalia that prevent Somali nationals from returning in safety continue to exist, and (d) if permitting Somali nationals to remain temporarily in the United States is contrary to the national interest of the United States.

Ongoing Armed Conflict

Regarding ongoing armed conflict, the Temporary Protected Status statute provides that the Secretary, after consultation with appropriate agencies of the government, may designate a foreign state for Temporary Protected Status if it is determined that there is an ongoing armed conflict within the state and, due to such conflict, requiring aliens who are nationals to return to that state would pose a serious threat to their personal safety.[38] After reviewing current country conditions in Somalia, USCIS has determined that the situation no longer meets the statutory criteria for an ongoing armed conflict that poses a serious threat to the personal safety of returning Somali nationals.

After independence in 1960, Somalia experienced Siad Barre's 1969 military coup and the increasingly authoritarian, clan-based governance that followed, creating widespread unrest that eventually led to the regime's collapse and the country's descent into turmoil in 1991.[39] Following Barre's ouster in January 1991, "no central government reemerged to take the place of the overthrown government...the country descended into chaos, and a humanitarian crisis of staggering proportions began to unfold."[40] In the context of these events, the former U.S. Attorney General designated Somalia for Temporary Protected Status on the basis of extraordinary and temporary

---

[32] *Id.*

[33] DHS, Office of Performance and Quality, estimate as of Dec. 8, 2025.

[34] DHS, Office of Performance and Quality, estimate as of Dec. 8, 2025.

[35] The DHS Office of Homeland Security Statistics has estimated that an additional 700 nationals of Somalia who have entered the United States since July 12, 2024, could become newly eligible for Temporary Protected Status if Somalia is newly designated. Estimate as of Nov. 12, 2025.

[36] INA sec. 244(b)(1)(A), (b)(3); 8 U.S.C. 1254a(b)(1)(A), (b)(3).

[37] INA sec. 244(b)(1)(C), (b)(3); 8 U.S.C. 1254a(b)(1)(C), (b)(3).

[38] INA sec. 244(b)(1)(A), (b)(3); 8 U.S.C. 1254a(b)(1)(A), (b)(3).

[39] U.S. Department of State, Office of the Historian, "Somalia, 1992 – 1993" (last visited Nov. 21, 2025), https://history.state.gov/milestones/1993-2000/somalia.

[40] *Id.*

PRE-DECISIONAL/DELIBERATIVE

PRE-DECISIONAL/DELIBERATIVE

**Temporary Protected Status for Somalia**
Page 5

conditions in September 1991.[41,42] Following the withdrawal of international forces and years of clan-related conflict, Somalia lacked a functioning central government for more than two decades, until political institutions gradually re-emerged and were formally recognized by the United States in 2013:

> In 2013, the United States officially recognized Somalia's government for the first time in 22 years, underscoring tenuous political improvements and advances against Al Shabaab. The International Monetary Fund (IMF) followed, enabling IMF technical assistance. In 2016, the United States sent its first ambassador to Somalia since 1991 and, in 2008 (*sic* 2018)[43], reestablished a permanent diplomatic presence. With support from donors, [African Union] forces, and other security and development partners, the country has transitioned from a "failed state" to a "fragile state."[44]

In September 2025, the President of Somalia, Hassan Sheikh Mohamud, addressed the United Nations (UN) General Assembly, describing the country's progress as the result of "real national effort supported by truly committed international partners" and highlighting Somalia's transition away from the all-out civil conflict that began anew in 2012.[45] He emphasized that Somalia is now confronting only "the last remaining pockets of international terrorism while building a strong and sustainable national security architecture," a characterization that underscores that the country is no longer experiencing an ongoing armed conflict.[46] While conditions at the time of previous designations reflected an ongoing armed conflict, Somalia today shows improved national governance and security structures and now experiences localized pockets of violence rather than nationwide, generalized conflict.

Moreover, requiring Somali nationals to return to Somalia would not pose a serious threat to their personal safety as there are areas within Somalia where Somali nationals may live in safety. For example, Somaliland, a territory in the north of Somalia, "has widely been seen as an "oasis" for stability in a turbulent region."[47] Additionally, Puntland, an autonomous state was described in

---

[41] Designation of Nationals of Somalia for Temporary Protected Status, 56 FR 46804 (Sept. 16, 1991).

[42] Although Somalia was initially designated for Temporary Protected Status on the sole basis of extraordinary and temporary conditions, a subsequent extension in July 2002 designated Somalia for Temporary Protected Status on the dual bases of ongoing armed conflict and extraordinary and temporary conditions. *See* Extension of the Designation of Somalia Under the Temporary Protected Status Program, 67 FR 48950 (July 26, 2002). Subsequent designations included these dual bases as justification for continuing designation.

[43] U.S. Department of State, Reestablishment of a Permanent Diplomatic Presence in Somalia (Dec. 4, 2018), https://2017-2021.state.gov/reestablishment-of-a-permanent-diplomatic-presence-in-somalia/.

[44] Congressional Research Service, "Somalia" (June 30, 2025), https://www.congress.gov/crs-product/IF10155.

[45] UN News, "Post-war Somalia proves multilateralism can make the world a better place, says President" (Sept. 25, 2025), https://news.un.org/en/story/2025/09/1165952.

[46] *Id.*

[47] Council on Foreign Relations, "Somaliland: The Horn of Africa's Breakaway State" (Jan. 21, 2025), https://www.cfr.org/backgrounder/somaliland-horn-africas-breakaway-state (discussing Somalilanders as part of an ethnically and de facto politically separate entity from Somalia).

PRE-DECISIONAL/DELIBERATIVE

SOMALIA_AR-003684

PRE-DECISIONAL/DELIBERATIVE

**Temporary Protected Status for Somalia**
Page 6

early 2024 as "a destination for many Somalis displaced by violence in the south."[48,49] The data surrounding internal displacement does indicate parts of the country are suitable for Somali nationals to safely return.[50,51]

Extraordinary and Temporary Conditions
By statute, the Secretary, after consultation with appropriate agencies of the government, may designate a foreign state for Temporary Protected Status if it is determined that extraordinary and temporary conditions exist in that state which prevent nationals of the state from returning in safety, unless permitting such nationals to remain temporarily in the United States would be contrary to the national interest.[52] USCIS' review included examining: whether extraordinary and temporary conditions in Somalia that prevent aliens who are Somali nationals from returning to Somalia in safety continue to exist, and if permitting Somali nationals to remain temporarily in the United States is contrary to the national interest of the United States.

For decades, Somalia has endured prolonged conflicts and climatic shocks impacting food security. In a recent press briefing, the United Nations Secretary-General spokesperson stated: "severe drought in the country is putting millions of people's lives at risk" and "approximately 3.4 million people in Somalia are currently experiencing high levels of acute food insecurity." Al Shabaab, a designated Foreign Terrorist Organization, "continues to exploit the Somalian government's limited state capacity and the country's dire humanitarian crises to launch indiscriminate attacks against government forces, foreign peacekeepers, and civilians."

Despite these ongoing challenges in Somalia, the World Bank has stated "…Somalia has made significant progress in recent years, consolidating its federal system of governance, strengthening capacity of government institutions and supporting inclusive private sector-led growth, while leveraging the momentum created by the Heavily Indebted Poor Countries (HIPC) Initiative."[53] Moreover, "despite multiple climatic shocks and a complicated security situation, Somalia

---

[48] British Broadcasting Corporation (BBC), "Puntland profile" (Apr. 3, 2024) (Puntland in 2024 declared its functional separation from the federal country of Somalia), https://www.bbc.com/news/world-africa-14114727 (Puntland in 2024 declared its functional separation from the federal country of Somalia).

[49] U.S. Somalia policy historically has recognized the sovereignty and territorial integrity of Somalia within its 1960 borders which includes Somaliland, Puntland, and Jubaland as part of its "One Somalia" policy.

[50] United Nations High Commissioner for Refugees (UNHCR), "Internal Displacement," https://data.unhcr.org/en/dataviz/1?sv=1&geo=192 (last accessed Nov. 21, 2025).

[51] Clan ties play a significant role in life and society in Somalia and Somaliland and Puntland are no exception. Somaliland is home to several clans and minority groups. While people belonging to different clans or ethnic groups can generally reside across Hargeisa, the largest city, certain districts are dominated by certain groups. There are no formal requirements or restrictions for Somali nationals to access and settle in Hargeisa, despite Somaliland's claim of independence. In Puntland, society is also clan-based and there are members of various clans, including those that came from southern Somalia and minority groups that have a significant presence in the largest city, Garowe. *See* European Union Agency for Asylum, "Country of Origin Information Report - Somalia: Country Focus" (May 2025), https://www.euaa.europa.eu/sites/default/files/publications/2025-05/2025_05_EUAA_COI_Report_Somalia_Country_Focus.pdf.

[52] INA sec. 244(b)(1)(C), (b)(3); 8 U.S.C. 1254a(b)(1)(C), (b)(3).

[53] World Bank, "Federal Republic of Somalia: Overview" (last updated Sept. 26, 2025), https://www.worldbank.org/en/country/somalia/overview.

PRE-DECISIONAL/DELIBERATIVE

PRE-DECISIONAL/DELIBERATIVE

**Temporary Protected Status for Somalia**
Page 7

continued advancing structural reforms and maintained a track record of sound macroeconomic management, as evidenced by the satisfactory implementation of the International Monetary Fund (IMF) Extended Credit Facility (ECF) program."[54] Mogadishu, Somalia's capital, is experiencing a transformative "building boom": "…for the first time in decades, the three million inhabitants of the capital Mogadishu…are witnessing a building boom."[55] The BBC reported: "[a]ccording to the office of the mayor of Mogadishu, over the last years, more than 6,000 buildings have been constructed, marking a significant change in the city's landscape. Further, "[s]ecurity in Mogadishu has improved, leading to an increase in high-rise and commercial buildings," says Salah Hassan Omar, the mayor's spokesperson."[56] These recent developments in Somalia underscore the progress made across multiple sectors and demonstrates the country's commitment to addressing challenges and fostering growth. The improvements across multiple sectors indicate that Somalia is not experiencing extraordinary and temporary conditions to the same degree the country was previously experiencing these conditions when it was initially designated for Temporary Protected Status.

Based on the review, USCIS has determined that while some extraordinary and temporary conditions may exist in Somalia, they do not prevent Somali nationals (or aliens having no nationality who last habitually resided in Somalia) from returning in safety.

Temporary Protected Status and Alignment with National Interest

By statute, the Secretary is prohibited from designating a country for Temporary Protected Status or extending a Temporary Protected Status designation on the basis of extraordinary and temporary conditions if she finds that "permitting the aliens to remain temporarily in the United States is contrary to the national interest of the United States."[57] USCIS has concluded that permitting Somali nationals to remain temporarily in the United States would be contrary to the national interest of the United States.

"National interest" is an expansive standard that may encompass an array of broad considerations, including foreign policy, public safety (e.g., potential nexus to criminal gang membership), national security, migration factors (e.g., pull factors), immigration policy (e.g., enforcement prerogatives), and economic considerations (e.g., adverse effects on U.S. workers, impact on U.S. communities).[58]

---

[54] *Id.*

[55] Barron's, "Rising From The Ashes: Mogadishu's Building Boom" (Nov. 23, 2025, https://www.barrons.com/news/rising-from-the-ashes-mogadishu-s-building-boom-53c34085?reflink=desktopwebshare_permalink.

[56] BBC, "The women at the centre of Somalia's construction boom" (June 14, 2025), https://www.bbc.com/news/articles/cj427dy11j0o.

[57] *See* INA sec. 244(b)(1), 8 U.S.C. 1254a(b)(1).

[58] *See, e.g., Poursina v. USCIS*, 936 F.3d 868, 874 (9th Cir. 2019) (observing, in an analogous INA context, "that the 'national interest' standard invokes broader economic and national-security considerations, and such determinations are firmly committed to the discretion of the Executive Branch—not to federal courts" (citing *Trump v. Hawaii*, 585 U.S. 667, 684-86 (2018)); *Flores v. Garland*, 72 F.4th 85, 89-90 (5th Cir. 2023) (same); *Brasil v. Sec'y, Dep't of Homeland Sec.*, 28 F.4th 1189, 1193 (11th Cir. 2022) (same); *cf. Matter of D-J-*, 23 I&N Dec. 572, 579-81 (A.G. 2003) (recognizing that taking measures to stem and eliminate possible incentives for potential large-scale migration from a

PRE-DECISIONAL/DELIBERATIVE

PRE-DECISIONAL/DELIBERATIVE

**Temporary Protected Status for Somalia**
Page 8

Determining whether permitting a class of aliens to remain temporarily in the United States is contrary to the U.S. national interest therefore calls upon the Secretary's expertise and discretionary judgment, informed by consultations with appropriate U.S. Government agencies.

Relevant National Security Considerations

There are significant public safety and national security risks associated with the continued designation of Temporary Protected Status for Somalia. The United States named Al Shabaab a Foreign Terrorist Organization (FTO) on March 18, 2008.[59] In Executive Order 13536, former President Barack Obama found "that the deterioration of the security situation and the persistence of violence in Somalia, and acts of piracy and armed robbery at sea off the coast of Somalia, which have repeatedly been the subject of United Nations Security Council resolutions… constitute an unusual and extraordinary threat to the national security and foreign policy of the United States" and declared "a national emergency to deal with that threat."[60]

Although the United States never formally severed diplomatic relations with Somalia, the U.S. Embassy in Somalia was closed in 1991. The United States formally recognized the new Federal Government of Somalia on January 17, 2013, following the adoption of a provisional constitution.[61] This lack of diplomatic engagement severely limits the U.S. government's ability to access reliable Somali records. Furthermore, the caliber of the civil and criminal history records is not comprehensive, accurate, or reliable, making meaningful vetting virtually impossible. In a January 20, 2025 Executive Order, President Trump instructed the Secretary of State, Attorney General, Secretary of Homeland Security, and the Director of National Intelligence to "vet and screen to the maximum degree possible all aliens who intend to be admitted, enter, or are already inside the United States, particularly those aliens coming from regions or nations with identified security risks."[62] Due to this lengthy gap in U.S. diplomatic engagement, the United States cannot adequately vet Somali nationals, particularly aliens who were approved for Temporary Protected Status during the period of 1991 – 2013, for identity, criminal history, or potential terrorist affiliations, posing an ongoing threat to public safety and national security of the United States.

These national security and public safety vulnerabilities have already been proven in the United States. In 2009, the U.S. Senate Committee on Homeland Security and Governmental Affairs held hearings titled "Violent Islamist Extremist: Al-Shabaab Recruitment in America" (Mar. 11, 2009)

---

given country is "sound immigration policy" and an "important national security interest"); *Matter of Dhanasar*, 26 I&N Dec. 884, 890-91 (AAO 2016) (taking into account impact on U.S. workers in "national interest" assessments).

[59] U.S. Department of State, "Foreign Terrorist Organizations" (last updated Nov. 24, 2025), https://www.state.gov/foreign-terrorist-organizations.

[60] Blocking Property of Certain Persons Contributing to the Conflict in Somalia, 75 FR 19869 (Apr. 15, 2010).

[61] U.S. Department of State, "U.S. – Somalia Relations" (last visited Nov. 24, 2025), https://2021-2025.state.gov/countries-areas/somalia/#:~:text=Although%20the%20U.S.%20never%20formally,Somalia%20on%20January%2017%2C%2020 13.

[62] Protecting the United States From Foreign Terrorists and Other National Security and Public Safety Threats, 90 FR 8451 (Jan. 30, 2025).

PRE-DECISIONAL/DELIBERATIVE

PRE-DECISIONAL/DELIBERATIVE

**Temporary Protected Status for Somalia**
Page 9

and "Eight Years After 9/11: Confronting the Terrorist Threat to the Homeland" (Sept. 30, 2009).[63]
During a hearing, Chairman Lieberman had the following opening statement:

> "Today we are going to focus on what appears to be the most significant case of homegrown
> American terrorism recruiting based on violent Islamist ideology. The facts, as we know
> them, tell us that over the last 2 years, individuals from the Somali-American community in
> the United States, including American citizens, have left for Somalia to support and in some
> cases fight on behalf of al-Shabaab, which, incidentally was designated as a foreign terrorist
> organization by our government in February 2008.
>
> There are ideological, tactical, financial, and also personnel links between al-Shabaab and
> al-Qaeda.
>
> Al-Shabaab, meanwhile, continues to release recruiting videos targeting Westerners, and
> those videos are surely being watched by some potential followers here in the United States.
> In the most graphic and deadly example of a direct connection between the Somali-
> American community and international terrorism, Shirwa Ahmed, a naturalized U.S. citizen
> living in the Minneapolis area, returned to Somalia within the last 2 years and killed himself
> and many others in a suicide bombing last October. According to Federal Bureau of
> Investigations (FBI) Director Robert Mueller, Shirwa Ahmed, who was radicalized in
> Minnesota, is probably the first U.S. citizen to carry out a terrorist suicide bombing."[64]

In a separate congressional hearing by the Committee on Homeland Security in the House of
Representatives, the Committee found: "Al-Shabaab has conducted recruitment and fundraising
within the Somali diaspora community in the United States, drawing considerable attention from
U.S. law enforcement officials. Several Somali-Americans have been prosecuted for terrorist
financing, and U.S. citizens (many, but not all, of Somali origin) have been indicted on suspicion of
traveling to train and fight with al-Shabaab. Others have been prosecuted for efforts to recruit or
provide financial support to the group."[65]

These threats and concerns remain ongoing. In October 2025, Abdisatar Ahmed Hasan, 23, pled
guilty to attempting to provide material support and resources to a designated foreign terrorist
organization. Hasan publicly supported Al Shabaab and later ISIS in multiple social media posts
and praised terrorist attacks globally and in the United States. In December 2024, he twice
attempted to travel one-way from Minnesota to Somalia with the intent to join and fight on behalf of

---

[63] U.S. Senate, Committee on Homeland Security and governmental Affairs, March 11, 2009 and September 30, 2009,
https://www.govinfo.gov/content/pkg/CHRG-111shrg49640/html/CHRG-111shrg49640.htm.
[64] *Id.*
[65] U.S. House of Representatives, Committee on Homeland Security, "From Al-Shabaab to Al-Nusra: How Westerners
Joining Terror Groups Overseas Affect the Homeland" (Oct. 9, 2013), https://www.congress.gov/event/113th-
congress/house-event/LC1003/text.

PRE-DECISIONAL/DELIBERATIVE

PRE-DECISIONAL/DELIBERATIVE

**Temporary Protected Status for Somalia**
Page 10

ISIS.[66] It is deeply troubling that a young Somali man[67] with so many opportunities in the United States would choose to support Al Shabaab, a terrorist organization in Somalia. This case also raises serious concerns about inadequate vetting processes, reflecting potential gaps in how aliens were screened before being granted access to such opportunities. On December 1, 2025, Treasury Secretary Scott Bessent announced that the U.S. Treasury is "investigating allegations that… Minnesotans' tax dollars may have been diverted to the terrorist organization Al-Shabaab."[68]

DHS records indicate a significant portion of the Somali Temporary Protected Status population have been under administrative investigation for risk to national security or public safety. Notably, DHS data shows approximately 40% of Somali Temporary Protected Status beneficiaries or applicants have at least one TECS[69] hit (which could span over many years and multiple benefit request types). Though a TECS hit does not always lead to derogatory findings or a negative adjudicative outcome, this information should be taken into consideration when evaluating whether a Temporary Protected Status designation for Somalia aligns with the national interest of the United States. ███████████████████████████████████████████. This highlights the need to carefully evaluate whether continuing or designating Temporary Protected Status for Somalia aligns with the national security interests of the United States. DHS data also shows that among the Somalia Temporary Protected Status population (including current beneficiaries and applicants with pending applications), 19 aliens had Public Safety records of which four aliens had Egregious Public Safety records.[71]

In Presidential Proclamation "Restricting the Entry of Foreign Nationals to Protect the United States From Foreign Terrorists and Other National Security and Public Safety Threats" President Trump imposed a full suspension on the admission of Somali nationals along with nationals from 11 other countries, upon country identification by the Secretary of State and after accounting for the United

---

[66] U.S. Department of Justice, "Press Release: ISIS Supporter Pleads Guilty to Material Support of Terrorism" (Oct. 1, 2025), https://www.justice.gov/usao-mn/pr/isis-supporter-pleads-guilty-material-support-terrorism.
[67] U.S. Department of Justice, "United States District Court for the District of Minnesota, United States of America v. Abdisatar Ahmed Hassan" Case No. 25-mj-104 (DLM) (Feb. 27, 2025), https://www.justice.gov/d9/2025-02/25-mj-104_complaint_packet.pdf ("HASSAN is a twenty-two-year-old ethnic-Somali male resident of Minneapolis, Minnesota… [a] review of records provided by [USCIS] indicate HASSAN was born in Garissa, Kenya, in 2002. HASSAN's parents were both listed as having been born in Badade (variant Badhadhe), Somalia, which is located in the Lower Juba Region in southern Somalia.")
[68] X (formerly known as Twitter), Treasury Secretary Scott Bessent @SecScottBessent (Dec. 1, 2025), https://x.com/secscottbessent/status/1995615377284628908?s=46&t=qR3vODA0Fo4X5Pm3n4psEw.
[69] TECS is an information-sharing platform which can assist authorized users to access different databases to identify aliens who pose a risk to national security or public safety, and aliens attempting to obtain immigration benefits through fraud or misrepresentation.
[70] USCIS Internal Data, Fraud Detection and National Security Directorate, FDNS-DS NexGen data, TPS Somalia, as of Oct. 15, 2025.
[71] USCIS Internal Data, Fraud Detection and National Security Directorate, FDNS-DS NexGen data, TPS Somalia, as of Nov. 5, 2025.

PRE-DECISIONAL/DELIBERATIVE

PRE-DECISIONAL/DELIBERATIVE

**Temporary Protected Status for Somalia**
Page 11

States' foreign policy, national security, and counterterrorism objectives.[72] For Somalia, reasons included: "Somalia lacks a competent or cooperative central authority for issuing passports or civil documents and it does not have appropriate screening and vetting measures" and "[a] persistent terrorist threat also emanates from Somalia's territory."[73] This was in direct response to the January 20, 2025 Executive Order, President Trump instructed the Secretary of State, Attorney General, Secretary of Homeland Security, and the Director of National Intelligence to "vet and screen to the maximum degree possible all aliens who intend to be admitted, enter, or are already inside the United States, particularly those aliens coming from regions or nations with identified security risks."[74] On December 16, 2025, President Trump issued a new Presidential Proclamation "Restricting and Limiting the Entry of Foreign Nationals to Protect the Security of the United States," in which he determined to continue to fully restrict and limit the entry of nationals from Somalia.[75]

According to the Fiscal Year (FY) 2024 DHS Entry/Exit Overstay Report, Somalia had a non-visa waiver program countries business or pleasure visitors (B-1/B-2) visa overstay rate of 21.3% and a student and exchange visitors (F, M, J) visa overstay rate of 25%.[76] These rates exceed by a large margin the global average overstay rates of 2.3% for B-1/B-2 visas and 3.2% for F, M, J visas – over nine times higher for business or pleasure visitors and seven times higher for student and exchange visitors.[77] Somalia's visa overstay rates have remained high compared to the global average from FY 2018 to FY 2024.[78] Overstaying the authorized period of admission in nonimmigrant status is a violation of U.S. immigration laws and presents challenges for immigration enforcement and resource allocation. Visa overstaying diverts resources from other critical enforcement priorities such as addressing illegal border crossings. Between July 12, 2024 and November 12, 2025, 400 Somalis were encountered at or near a U.S. port of entry at the border and it is estimated that 200 Somalis entered the United States and were not apprehended.[79] The high-volume border environment under the previous administration, which facilitated unauthorized entries, coupled with gaps in access to verifiable information for Somali nationals, has left the United States unable to adequately vet nationals from Somalia.

Additionally, the Government of Somalia cooperates with U.S. Immigration and Customs Enforcement (ICE) in facilitating the removal of aliens to Somalia. In Fiscal Year 2025, Immigration and Customs Enforcement removed and repatriated a total of 70 Somali aliens to

---

[72] Restricting the Entry of Foreign Nationals To Protect The United States From Foreign Terrorists and Other National Security and Public Safety Threats, 90 FR 24497 (June 10, 2025).

[73] *Id.*

[74] Protecting the United States From Foreign Terrorists and Other National Security and Public Safety Threats, 90 FR 8451 (Jan. 30, 2025).

[75] Restricting and Limiting the Entry of Foreign Nationals to Protect the Security of the United States, 90 FR 59717 (Dec. 19, 2025) (originally published Dec. 16, 2025).

[76] U.S. Customs and Border Protection, Entry/Exit Overstay Report, Department of Homeland Security (July 16, 2025), https://www.dhs.gov/sites/default/files/2025-08/25_0826_cbp_entry-exit-overstay-report-fiscal-year-2024.pdf.

[77] *Id.*

[78] *Id.*

[79] DHS Office of Homeland Security Statistics, estimate as of November 12, 2025.

PRE-DECISIONAL/DELIBERATIVE

SOMALIA_AR-003690

PRE-DECISIONAL/DELIBERATIVE

**Temporary Protected Status for Somalia**
Page 12

Somalia.[80] From FY 2020 – FY 2025, Immigration and Customs Enforcement removed and repatriated approximately 250 Somali aliens to Somalia.[81] This indicates that conditions in Somalia have been sufficiently stable for the safe removal of Somali nationals.

DHS records indicate a portion of the Somali Temporary Protected Status population have been under administrative investigation for attempting to obtain immigration benefits through fraud or misrepresentation. DHS data shows that 218 Somali Temporary Protected Status beneficiaries or applicants had a fraud record associated with their A-number (including forms unrelated to TPS).[82] There are well-documented concerns related to benefit fraud with this population. Recently, the Department of Justice charged a defendant with engaging in wire fraud as part of a $14 million autism fraud scheme. Per the charges filed against the defendant, Asha Farhan Hassan, she and her partners approached parents in the Somali community to recruit their children into Smart Therapy and worked to get children qualified for autism treatment regardless of need. Then, "as a recruitment tactic to drive up enrollment, Hassan and her partners paid monthly cash kickback payments to the parents of children who enrolled their children in Smart Therapy to receive autism services."[83] In 2023, a couple pleaded guilty to their roles in a $250 million fraud scheme that exploited a federally funded child nutrition program during the COVID-19 pandemic. Per the Department of Justice, "Ali and Hussein enrolled their companies, Lido Restaurant and Somali American Faribault Education (SAFE) respectively, in the Federal Child Nutrition Program under the sponsorship of Feeding Our Future. After enrolling, Hussein and Ali began submitting fraudulently inflated invoices for reimbursement in which they claimed to be serving meals to thousands of children a day."[84] In 2024, three others, Haji Osman Salad, Sharmarke Issa and Khadra Abdi, pleaded guilty to their roles in the same $250 million fraud scheme that exploited a federally funded child nutrition program during the COVID-19 pandemic. According to the Department of Justice, "between June 2020 through 2022, Salad falsely claimed that Haji's Kitchen was a food vendor for more than 15 million meals to various Federal Child Nutrition Program sites in Minnesota...[a]ccording to court documents, Issa, the principal of Minnesota's Somali Community and Wacan Restaurant LLC, fraudulently received Federal Child Nutrition Program funds under the sponsorship of Sponsor A and Feeding Our Future, respectively."[85]

Fraud and misrepresentation with U.S. immigration petitions has also been a concern. In 2017, DHS announced that it was seeking denaturalization against four Somali nationals who engaged in fraud and misrepresentation. In that case, Fosia Abdi Adan, a native of Somalia, applied for and received

---

[80] DHS Office of Homeland Security Statistics, Analysis of ICE Enforcement and Removal Operations data, estimate as of September 30, 2025.

[81] *Id.*

[82] USCIS Fraud Detection and National Security Directorate, as of Oct. 15, 2025.

[83] U.S. Department of Justice, "Press Release: First Defendant Charged in Autism Fraud Scheme" (Sept. 24, 2025), https://www.justice.gov/usao-mn/pr/first-defendant-charged-autism-fraud-scheme-0.

[84] U.S. Department of Justice, "Press Release: Faibault Couple Plead Guilty to Their Roles in $250 Million Feeding Our Future Fraud Scheme" (June 6, 2023), https://www.justice.gov/usao-mn/pr/faribault-couple-plead-guilty-their-roles-250-million-feeding-our-future-fraud-scheme.

[85] U.S. Department of Justice, "Press Release: Three Plead Guilty to Wire Fraud in $250 Million Feeding Our Future Fraud Scheme" (Sept. 20, 2024), https://www.justice.gov/usao-mn/pr/three-plead-guilty-wire-fraud-250-million-feeding-our-future-fraud-scheme.

PRE-DECISIONAL/DELIBERATIVE

PRE-DECISIONAL/DELIBERATIVE

**Temporary Protected Status for Somalia**
Page 13

a diversity visa and used her visa to unlawfully obtain derivative beneficiary visas for three aliens who she purported to be her husband and children despite having no relationship to them, and their using completely false identities.[86] In July 2025, a Somali national with familial ties to ISIS-Somalia was sentenced in federal court for committing asylum fraud.[87]

There are compelling foreign policy reasons for ending the Temporary Protected Status designation for Somalia. In Executive Order "America First Policy Directive to the Secretary of State," President Trump declared "from this day forward, the foreign policy of the United States shall champion core American interests and always put America and American citizens first." Moreover, it instructed "as soon as practicable, the Secretary of State shall issue guidance bringing the Department of State's policies, programs, personnel, and operations in line with an America First foreign policy, which puts America and its interests first."[88] In recent remarks, John Kelley, a Political Counselor at the U.S. Mission to the United Nations stated "[t]he United States remains committed to the fight against terrorism in Somalia, but it is ultimately time for other partners with vested interests in Somalia's security, stability, and future to increase their financial contributions."[89] In light of these directives and statements, it is clear that ending Temporary Protected Status for Somalia aligns with the administration's commitment to prioritizing American interests and encouraging greater international responsibility.

In sum, USCIS' recommendation to terminate the Temporary Protected Status designation for Somalia is grounded in a comprehensive assessment of national interest factors including public safety, national security, immigration integrity, foreign policy, as well as an analysis of the nature of the violence in the country today. The significant change in armed conflict from the initial designation of Temporary Protected Status for Somalia in September 1991 to the present shows that violence no longer constitutes an ongoing armed conflict nor does it fully prohibit Somali nationals from returning in safety. Moreover, in light of the continued national security and public safety risks combined with the fraud and foreign policy considerations, these factors considered individually and cumulatively establish that Somalia no longer meets the statutory basis for Temporary Protected Status.

**Options:** Your options include the following actions:

1) *Terminate Somalia's Designation for Temporary Protected Status* (**USCIS Recommendation**)

---

[86] DHS, "Denaturalization Sought Against Four Somalia-born Individuals Who Falsely Claimed to be a Family and Were Admitted to the United States on Diversity Immigrant Visas" (Nov. 6, 2017), https://www.dhs.gov/archive/news/2017/11/06/denaturalization-sought-against-four-somalia-born-individuals-who-falsely-claimed.

[87] U.S. Department of Justice, "Press Release: Somali National with Familial Ties to ISIS-Somalia Sentenced for Committing Asylum Fraud" (Jul. 28, 2025), https://www.justice.gov/usao-sdca/pr/somali-national-familial-ties-isis-somalia-sentenced-committing-asylum-fraud-0.

[88] America First Policy Directive to the Secretary of State, 90 FR 8337 (Jan. 29, 2025).

[89] U.S. Mission to the UN, "Remarks at a UN Security Council Briefing on Cooperation Between the UN and the African Union (AU)," Oct. 7, 2025, https://usun.usmission.gov/remarks-at-a-un-security-council-briefing-on-cooperation-between-the-un-and-the-african-union-au/.

PRE-DECISIONAL/DELIBERATIVE

PRE-DECISIONAL/DELIBERATIVE

**Temporary Protected Status for Somalia**
Page 14

- If you determine that Somalia no longer meets the statutory requirements for its Temporary Protected Status designation, you must terminate Temporary Protected Status for Somalia. Termination would end Temporary Protected Status benefits for existing Somalia Temporary Protected Status beneficiaries after the termination determination is published in the *Federal Register* and the termination becomes effective. Upon the termination of Temporary Protected Status benefits, former beneficiaries without another immigration status or authorization to remain would no longer have permission to work or remain in the United States. They may, however, apply for any other immigration benefits for which they may be otherwise eligible.
- If you decide to terminate Somalia's designation, the effective date of termination may not be earlier than 60 days after the date the *Federal Register* notice announcing the termination is published or, if later, the expiration of the most recent previous extension. Note that you have the discretionary option to set an effective date longer than 60 days if you deem it appropriate to do so. However, a 60-day transition period aligns with recent determinations made when Temporary Protected Status designations have been terminated, helps to streamline enforcement operations, and avoids creating uncertainty or false hope of a future designation. Sixty days also is appropriate given USCIS's assessment that continuing to permit the Somali nationals to remain temporarily in the United States is contrary to the U.S. national interest.

2) *Extend Somalia's Designation for Temporary Protected Status*

- Under the Temporary Protected Status statute, if you determine that the statutory conditions for designation continue to be met, you must extend the Temporary Protected Status designation for an additional period of 6, 12, or 18 months.[90] Somalia was initially designated for Temporary Protected Status on September 16, 1991 based on extraordinary and temporary conditions in Somalia that prevented nationals of Somalia from returning in safety.
- Should the determination be made to extend the designation of Temporary Protected Status for Somalia only existing Temporary Protected Status beneficiaries may re-register for Temporary Protected Status, and any Somali nationals who may have entered the United States after the current continuous residence date will not be eligible for an initial application for Temporary Protected Status.

3) *No Decision/Automatic Extension*

- After review of the assessment, you could choose not to make a determination about whether Somalia's Temporary Protected Status designation should be extended or terminated at this time. If you do not make a determination at least 60 days prior to its expiration date, by statute, its period of designation will be automatically extended for 6 additional months (or, in your discretion, a period of 12 or 18 months).
- Should you choose not to make a determination about whether the conditions supporting Somalia's designation continue to be met, an announcement of the automatic extension

---

[90] Along with an extension of the Temporary Protected Status designation, the statute also provides that the Secretary may newly designate the country for Temporary Protected Status. *See* INA sec. 244(b)(1), 8 U.S.C. 1254a(b)(1).

PRE-DECISIONAL/DELIBERATIVE

PRE-DECISIONAL/DELIBERATIVE

**Temporary Protected Status for Somalia**
Page 15

is required via *Federal Register* notice, including information to beneficiaries and employers about continued employment authorization and the period of extension. Note that you would then have to review conditions prior to the expiration of that extension.

The Temporary Protected Status statute provides that there is no judicial review of any determination with respect to the designation, termination, or extension of a designation.[91] That said, certain courts have ignored this provision and interfered with the Secretary's sole and unreviewable authority; as a result there is ongoing litigation challenging your determination to terminate Temporary Protected Status designations for certain countries.[92]

**Signature Level Justification:** At least 60 days before the expiration of a foreign state's Temporary Protected Status designation or extension, the Secretary, after consultation with appropriate U.S. Government agencies, must review the conditions in the foreign state designated for Temporary Protected Status to determine whether they continue to meet the conditions for the Temporary Protected Status designation.[93]

**Timeliness:** You are required by statute to decide whether to extend or terminate an existing Temporary Protected Status designation at least 60 days before the expiration of the current designation, or the designation is automatically extended for a minimum of 6 months.[94] **For Somalia's designation, which expires on March 17, 2026, you must make a decision by January 16, 2026, or the statutory automatic extension of six months will occur.**

You are further required to provide timely notice of your decision through publication in the *Federal Register*.[95] Your earliest decision will facilitate publication of the *Federal Register* notice, which communicates policy and appropriate procedures to Temporary Protected Status beneficiaries, their employers, and benefit-granting agencies.

---

[91] INA sec. 244(b)(5)(A), 8 U.S.C. 1254a(b)(5)(A).

[92] *E.g., Nat'l TPS All. v. Noem*, No. 25-5724, 2025 WL 2661556 (9th Cir. Sept. 17, 2025); *Nat'l TPS All. v. Noem*, No. 25-cv-05687-TLT, 2025 WL 2233985 (N.D. Cal. July 31, 2025), *appeal pending*, No. 25-4901 (9th Cir. filed Aug. 4, 2025).

[93] INA sec. 244(b)(3)(A), 8 U.S.C. 1254a(b)(3)(A).

[94] *See* INA sec. 244(b)(3)(A), (C), 8 U.S.C. 1254a(b)(3)(A), (C).

[95] *See* INA sec. 244(b)(3)(A), 8 U.S.C. 1254a(b)(3)(A).

PRE-DECISIONAL/DELIBERATIVE

**Temporary Protected Status for Somalia**
Page 16

**USCIS Recommendation**: USCIS recommends that you terminate Somalia's Temporary Protected Status designation based on the findings that Somalia no longer meets the statutory criteria for experiencing ongoing armed conflict that poses a serious threat to the personal safety of Somali nationals and the statutory criteria for extraordinary and temporary conditions that prevent Somali nationals from returning in safety, and that permitting Somali nationals to remain temporarily in the United States is contrary to the U.S. national interest. Further, USCIS recommends the statutory minimum of 60 days following publication of the *Federal Register* notice for the effective date of the termination as appropriate for an orderly period of transition. A 60-day orderly period of transition is consistent with the precedent of previous Temporary Protected Status country terminations and makes clear that the United States is committed to clarity and consistency. Moreover, a 60-day transition period minimizes additional administrative burden and strikes a balance between providing a reasonable timeframe for aliens to transition and safeguarding the integrity of the immigration system and public resources.

**Secretary's Decision:**

1.  *Terminate:* Terminate Somalia's designation

    Specify the Effective Date of the Termination (if other than 60 days):

    Approve/date____1-9-25____

2.  *Extend:* Extend Somalia's existing designation for 6, 12, or 18 months

    Specify duration of extension (6, 12, or 18 months):_____

    Approve/date_____

3.  *No Decision/Automatic Extension*: Delay a decision on Somalia's designation, resulting in an extension of 6 months

    Approve/date_____

**Attachments:**

| | |
|---|---|
| Attachment A: | Temporary Protected Status Legal Authority |
| Attachment B: | USCIS RAIO Country of Origin Information Considerations Report, Somalia |
| Attachment C: | USCIS OP&S Policy Considerations Report, Somalia |

SOMALIA_AR-003695