**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AFRICAN COMMUNITIES TOGETHER, PARTNERSHIP FOR THE ADVANCEMENT OF NEW AMERICANS, ALEXANDER DOE, MOHAMED DOE, TYSON DOE, and NINA DOE, on behalf of themselves and all others similarly situated,<br><br>        *Plaintiffs*,<br><br>   v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of the Department of Homeland Security, U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, and UNITED STATES OF AMERICA,<br><br>        *Defendants*. | Civil Action No. 1:26-cv-11201-ADB |

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiffs in the above-captioned case hereby appeal to the United States Court of Appeals for the First Circuit from the district court's (Burroughs, J.) Memorandum and Order, ECF No. 109 (docketed on August 14, 2026).

Dated: August 14, 2026     Respectfully Submitted,

*Admitted pro hac vice

            /s/ *Nargis Aslami*
            Nargis Aslami (MA Bar Number: 714848)
            Sadaf Hasan*
            Melissa Keaney*
            Collin Poirot*
            Abbey Rutherford*
            MUSLIM ADVOCATES
            1032 15th Street N.W. #362,
            Washington, D.C. 20005
            202.897.2622

Nargis@muslimadvocates.org
Sadaf@muslimadvocates.org
Melissa@muslimadvocates.org
Collin@muslimadvocates.org
Abbey@muslimadvocates.org

*/s/ Erik Crew*
Erik Crew\*
HAITIAN BRIDGE ALLIANCE
4560 Alvarado Canyon Road, Suite 1H
San Diego, CA 92120
949.603.7411
ecrew@haitianbridge.org

*/s/Kacey Mordecai*
Kacey Mordecai\*
Mide Odunsi\*
LEGAL DEFENSE FUND
700 14th Street N.W. Suite 600
Washington, D.C. 20005
202.682.1300
Kmordecai@naacpldf.org
Modunsi@naacpldf.org


Lauren Carbajal\*
LEGAL DEFENSE FUND
40 Rector Street #5
New York, NY 10006
202.965.2200
lcarbajal@naacpldf.org


*Counsel for Plaintiffs*

2

## <u>CERTIFICATE OF SERVICE</u>

I certify that this Notice of Appeal, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Nargis Aslami*
Nargis Aslami

3