UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| AFRICAN COMMUNITIES TOGETHER, et al., *Plaintiffs*, | ) | |
| v. | ) | Case No. 26-cv-11201-ADB |
| MARKWAYNE MULLIN, *in his official capacity as Secretary of Homeland Security*, et al. *Defendants*. | ) | |

**DEFENDANTS' ASSENTED-TO MOTION FOR LEAVE TO FILE OVERSIZED BRIEF**

Defendants respectfully move this Court for leave to file a brief exceeding 20 pages in responding to the Plaintiffs' amended complaint, Doc. No. 90, by way of a motion to dismiss. As grounds therefor, Defendants state that Plaintiffs filed a brief of approximately 30 pages in support of their motion and the additional space is necessary to address the issues raised.

Plaintiffs, through counsel, have expressed their assent to the allowance of this motion.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: /s/ Robert E. Richardson
ROBERT E. RICHARDSON
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I, Robert E. Richardson, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August 5, 2026.

/s/ Robert E. Richardson
ROBERT E. RICHARDSON