UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| AFRICAN COMMUNITIES TOGETHER, et al., *Plaintiffs*, | ) | |
| v. | ) | Case No. 26-cv-11201-ADB |
| MARKWAYNE MULLIN, *in his official capacity as Secretary of Homeland Security*, et al. *Defendants*. | ) | |

**DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT**

Defendants respectfully move to dismiss Plaintiff's amended complaint, which asserts five claims asking the Court to set aside the Secretary of Homeland Security's termination of Somalia's Temporary Protected Status ("TPS") designation. *See* Doc. No. 90. The amended complaint should be dismissed because (1) 8 U.S.C. § 1254a(b)(5)(A) prohibits judicial review of Plaintiff's claims regarding a TPS termination; (2) 8 U.S.C. § 1252(f)(1) independently precludes courts from enjoining or restraining the operation of the TPS statute; and (3) Plaintiffs' claims fail to state a claim upon which relief can be granted. The Court should therefore dismiss the amended complaint for lack of jurisdiction or, alternatively, for failure to state a claim.

In support of this motion, Defendants respectfully refer the Court to their Memorandum of Law, filed herewith.

WHEREFORE, Defendants respectfully request that Plaintiffs' amended complaint be dismissed with prejudice.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: /s/ Robert E. Richardson
ROBERT E. RICHARDSON
Assistant U.S. Attorney

## 7.1 CERTIFICATION

I, Robert E. Richardson, Assistant U.S. Attorney, hereby certify that I conferred with counsel for Plaintiffs prior to filing this motion. Plaintiffs oppose this motion.

## CERTIFICATE OF SERVICE

I, Robert E. Richardson, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 14, 2026.

/s/ Robert E. Richardson
ROBERT E. RICHARDSON