**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AFRICAN COMMUNITIES TOGETHER, PARTNERSHIP FOR THE ADVANCEMENT OF NEW AMERICANS, ALEXANDER DOE, MOHAMED DOE, TYSON DOE, and NINA DOE, on behalf of themselves and all others similarly situated,<br>*Plaintiffs*,<br>v.<br>MARKWAYNE MULLIN, in his official capacity as Secretary of the Department of Homeland Security, U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, and the UNITED STATES OF AMERICA,<br>*Defendants*. | Case No. 1:26-cv-11201-ADB<br><br>ORAL ARGUMENT REQUESTED |

**PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Pursuant to Rule 23 of the Federal Rules of Civil Procedure, Plaintiffs hereby move the Court for an order certifying two classes pursuant to Rule 23(b)(2), appointing Plaintiffs as class representatives, and appointing their counsel as class counsel. Specifically, Plaintiffs move to certify the following two classes:

1. All nationals of Somalia or individuals without any nationality who last habitually resided in Somalia who were present in the United States and were active recipients or holders of Temporary Protected Status ("TPS") for Somalia at the time of the termination of Somalia's TPS designation (the "Recipient Class"); and
2. All nationals of Somalia or individuals without any nationality who last habitually resided in Somalia who were present in the United States and had pending applications for TPS for

Somalia that reflected their prima facie eligibility for it at the time of the termination of Somalia's TPS designation (the "Applicant Class").

Plaintiffs respectfully request that the Court appoint: (1) Mohamed Doe, Tyson Doe, Nina Doe, African Communities Together, and Partnership for the Advancement of New Americans as representatives of the Recipient Class; (2) Alexander Doe, African Communities Together, and Partnership for the Advancement of New Americans as representatives of the Applicant Class; and (3) the undersigned as class counsel pursuant to Rule 23(g).

The basis for this motion for class certification is that the proposed classes meet the requirements for class treatment under Rule 23(a) and (b)(2), and the proposed class counsel meet the requirements set forth in Rule 23(a) and (g). The grounds for this motion are explained in the accompanying memorandum of law and its exhibits. A Proposed Order accompanies this motion.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(d), Plaintiffs respectfully request oral argument on this Motion.

Dated: September 17, 2026

*Admitted *pro hac vice*

Respectfully submitted,

*/s/ Nargis Aslami*
Nargis Aslami (MA Bar Number: 714848)
Sadaf Hasan*
Melissa Keaney*
Collin Poirot*
Abbey Rutherford*
MUSLIM ADVOCATES
1032 15th Street N.W. #362,
Washington, D.C. 20005
202.897.2622
Nargis@muslimadvocates.org
Sadaf@muslimadvocates.org
Melissa@muslimadvocates.org
Collin@muslimadvocates.org
Abbey@muslimadvocates.org

*/s/ Erik Crew*
Erik Crew*
HAITIAN BRIDGE ALLIANCE
4560 Alvarado Canyon Road, Suite 1H
San Diego, CA 92120
949.603.7411
ecrew@haitianbridge.org

*/s/ Kacey Mordecai*
Kacey Mordecai*
Mide Odunsi*
LEGAL DEFENSE FUND
700 14th Street N.W. Suite 600
Washington, D.C. 20005
202.682.1300
Kmordecai@naacpldf.org
Modunsi@naacpldf.org

Lauren Carbajal*
LEGAL DEFENSE FUND
40 Rector Street #5
New York, NY 10006
202.965.2200
lcarbajal@naacpldf.org

*Counsel for Plaintiffs*

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)**

Pursuant to Local Rule 7.1(a)(2), I hereby certify that on September 16, 2026, I conferred with Counsel for Defendants on the relief requested in the foregoing Motion and attempted in good faith to resolve or narrow the issues. Defendants oppose this Motion.

Dated: September 17, 2026

*/s/ Nargis Aslami*
Nargis Aslami

**CERTIFICATE OF SERVICE**

I certify that this Motion and all supporting papers filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: September 17, 2026

*/s/ Nargis Aslami*
Nargis Aslami